# CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
## NORTHERN    DISTRICT OF MISSISSIPPI

Debtor: Ronald Stewart          SSN: XXX-XX-1958          CASE NO. 14-14123
Joint Debtor: Carolyn Stewart    SSN: XXX-XX-8886          Median Income: ☐ Above ☑ Below
Address: PO Box 868
         Olive Branch, MS 38654

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. <u>The treatment of ALL secured and priority debts must be provided for in this plan</u>.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of ___36___ months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)  Debtor shall pay $___1,345.54___ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

(B)  Joint Debtor shall pay $___1,345.54___ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims which are not disallowed are to be paid in full or as ordered by the Court as follows:
Internal Revenue Service:      $_____ at $_____/month
Mississippi Dept. of Revenue:  $_____ at $_____/month
Other/_____:              $_____ at $_____/month

**DOMESTIC SUPPORT OBLIGATION. DUE TO:** _____

POST PETITION OBLIGATION: In the amount of $_____ per month beginning _____.
To be paid ☐ direct, ☐ through payroll deduction, or ☐ through the plan.

PRE-PETITION ARREARAGE: In the total amount of $_____ through _____ which shall be paid in the amount of $_____ per month beginning _____.
To be paid ☐ Direct, ☐ through payroll deduction, or ☐ through the plan.

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

Mtg pmts to Wells Fargo Home Mortgage  Beginning Dec. 1, 2014    @ $  1,545.90    ☑ Plan ☐ Direct
Mtg pmts to U.S. Bank Home Mortgage    Beginning Dec. 1, 2014    @ $  1,219.00    ☐ Plan ☑ Direct
Mtg pmts to _____                  Beginning _____     @ $_____    ☐ Plan ☐ Direct

Mtg arrears to Wells Fargo Home Mortgage Through Nov. 30, 2014  $  4,615.34   @ $   128.20  /mo
Mtg arrears to U.S. Bank Home Mortgage   Through Nov. 30, 2014  $     0.00    @ $     0.00  /mo
Mtg arrears to _____                Through _____     $_____   @ $_____ /mo

Debtor's Initials _____        Joint Debtor's Initials _____       Chapter 13 Plan, Page 1 of _3_

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

Creditor:_____ Approx. amt. due: _____ Int. Rate: _____
Property Address: _____ Are related taxes and/or insurance escrowed ☐Yes ☐No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) pursuant to 11 U.S.C. § 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| GMC Financial | 2008 GMC Yukon | ✓ | $25,638.00 | $21,275.00 | 7% | AMT. OWED |

* The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

| CREDITOR'S NAME | APPROX. AMT. OWED | CONTRACTUAL MO. PMT. | PROPOSED TREATMENT |
|---|---|---|---|
| | | | |

**SPECIAL PROVISIONS** which may apply to any or all payments to be paid through the plan, including, but not limited to, adequate protection payments:
Debtor daughter lives at 9042 N. Silverbrook LN, Brown Deer, WI. Debtor daughter shall pay direct payments to the Creditor U.S. Bank Home Mortgage. Should Debtor daughter fail to make payments, the residence shall be surrender to U.S. Bank Home Morgage.

**GENERAL UNSECURED CLAIMS** total approximately $____24,924.60____. Such claims must be *timely filed* and not disallowed to receive payment as follows:_____ IN FULL (100%), ___0___%(percent) MINIMUM, or a total distribution of $_____, with the Trustee to determine the percentage distribution. *Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.*

Debtor's Initials _____   Joint Debtor's Initials _____   Chapter 13 Plan, Page 2 of 3____

Total attorney fee charged:     $_____3,000.00_____
Attorney fee previously paid:   $_____700.00_____
Attorney fee to be paid in plan: $_____2,300.00_____

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

Automobile Insurance Co/Agent

Telephone/Fax:_____

Attorney for Debtor (Name/Address/Phone/Email)
SUSAN C. SMITH MSBN:99776
Post Office Box 1251
Greenville, MS 38702-1251

Telephone No. 662-378-2258
Facsimile No. 662-378-2543
Email address smithsusanc@bellsouth.net

DATED: 2014.11.07          DEBTOR'S SIGNATURE
                           JOINT DEBTOR'S SIGNATURE
                           ATTORNEY'S SIGNATURE

Chapter 13 Plan, Page 3 of 3

Effective: October 1, 2011