IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE RONALD JAMES STEWART AND**  **BANKRUPTCY CASE NUMBER 14-14123**
**CAROLYN JEAN STEWART**

**NOTICE AND MOTION TO EXTEND OR IMPOSE THE AUTOMATIC STAY**

**COME NOW** the Debtors Ronald Stewart and Carolyn Stewart by and through the undersigned Attorney, Susan C. Smith, and file this their Notice And Motion To Extend Automatic Stay, beyond the 30 day stay as provided by section 362 (c ) (3) (B), and in support thereof would state to wit:

1.

The Debtors filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court the Northern District of Mississippi on November 5, 2014. Debtors have filed a Chapter 13 Petition in this case which has been filed in good faith. Debtors believe that the terms of the Chapter 13 Plan will be confirmed by this Court, and will be followed in its entirety. The Debtors also believe they have sufficient income to fund the proposed plan;

2.

The Debtors in the instant case were Debtors in Bankruptcy Case Number 14-12960. That Bankruptcy Petition was withdrawn and dismissed, since the Credit Counseling Certificate had expired; and,

3.

Within the Chapter 13 Plan, Debtors intend to pay for the first and second mortgage on the property at 9042 N. Silver Brook Ln., Milwaukee, WI; a first mortgage on a property at 8445 Juanita Dr., Olive Branch, MS US Bank Home Mortgage, and a lien on a 2008 GMC Yukon owed to GM Financial.

WHEREFORE PREMISES CONSIDERED, the Debtors pray this Honorable Court will after hearing, extend or impose the automatic stay under section 362(a) as to all Creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under section 362 (c) (1) or (c) (2) or a motion for relief is granted under section 362 (d) of the United States bankruptcy code and for all else deemed just and equitable by this Honorable Court.

Respectfully, submitted this the 19[h] day of November, 2014.

                                            Ronald and Carolyn Stewart
                                            BY: /s/ Susan C. Smith
                                            Susan C. Smith

Of Counsel:
/s/ Susan C. Smith
Susan C. Smith, 99776
PO Box 1251
Greenville, MS 38702
Phone 662 – 378 – 2558
Fax 662 – 378 – 2543
Email smithsusanc@bellsouth.net

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE RONALD JAMES STEWART AND**        **BANKRUPTCY CASE NUMBER 14-14123**
     **CAROLYN JEAN STEWART**

### CERTIFICATE OF SERVICE

     I, Susan C. Smith, Attorney for the Debtors, do hereby certify that I have this day electronically filed or mailed by US mail, postage prepaid, a true and correct copy of the Notice and Motion to Extend or Impose the Automatic Stay and the attached Declaration in Support of Motion to the following at their last known address:

BY ELECTRONIC FILING:

U. S. Trustee
USTPREGION05.ab.ecf@usdoj.gov

Locke D. Barkley sbeasley@barkley13.com

BY US MAIL:

Ronald and Carolyn Stewart
PO Box 868
Olive Branch, MS 38654

And the attached list of creditors

     This the 19th day of November 2014.

                                                            /s/ Susan C. Smith
                                                            Susan C. Smith