

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: RONALD AND CAROLYN STEWART,         ) | |
|           Debtors                                                          ) | |
|                                                                                    ) | Case No.: 14-14123-JDW |
|                                                                                    ) | |
|                                                                                    ) | Chapter: 13 |
|                                                                                    ) | |
|                                                                                    ) | |

**ORDER IMPOSING AUTOMATIC STAY**

ON THIS DATE the Court considered the Motion for Imposition of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # _12_ ) filed by the Debtor(s), the Court's "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order"), and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # _14_ ) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the imposition of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby **GRANTED** and the automatic stay is hereby **IMPOSED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(4)(B).

##END OF ORDER##

Prepared for the court by:
/s/ Susan C. Smith
Susan C. Smith, 99776
PO Box 1251
Greenville, MS 38702
Phone 662-378-2558
Fax 662-378-2543
Email smithsusanc@bellsouth.net