_____



SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                              CHAPTER 13 NO.:

RONALD JAMES STEWART &                         14-14123-JDW
CAROLYN JEAN STEWART

### ORDER RE: MOTION TO DISMISS (Dkt.#20)

THIS MATTER came before the Court on *Trustee's Motion to Dismiss*. In lieu of filing a response, Debtors provided Trustee with the requested tax returns. Trustee requests that her motion be withdrawn.

IT IS THEREFORE ORDERED AND ADJUDGED, that *Trustee's Motion to Dismiss* shall be and is hereby withdrawn.

##END OF ORDER##

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com