

SO ORDERED,

Judge Jason D. Woodard

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                   **CHAPTER 13 CASE NO.:**

**RONALD JAMES STEWART &**                                              **14-14123-JDW**
**CAROLYN JEAN STEWART**

### AGREED ORDER RE:  OBJECTION TO CONFIRMATION (Dkt. #21)

THIS MATTER came before the Court on *Trustee's Objection to Confirmation*. The parties have reached an agreement to resolve the objection and submit the agreement for approval by the Court.

IT IS THEREFORE ORDERED AND ADJUDGED as follows:

1. *Trustee's Objection to Confirmation* shall be and is hereby withdrawn.

2. The plan term shall be amended from a 36-month term to a 60-month term.

3. Debtors' plan shall be and is hereby amended to pay the claim of Americredit (Clm. #1), which is secured by the 2008 GMC Yukon, the amount owed plus 5% interest pursuant to *Standing Order Designating Presumptive 11 U.S.C. § 1325 (a)(5)(B) Interest Rate*.

4. Counsel for the Debtors shall notice this Order to all affected creditor(s).

##END OF ORDER##

AGREED & APPROVED:

/s/ G. Adam Sanford
G. ADAM SANFORD– MSB#103482
ATTORNEY FOR TRUSTEE

SUSAN C. SMITH
ATTORNEY FOR DEBTORS

Copy: Debtor(s)

Prepared by:
G. Adam Sanford, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 103482