

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

RONALD JAMES STEWART and
CAROLYN JEAN STEWART                                 14-14123-JDW

## O R D E R

THIS CAUSE came on for hearing on the *Trustee's Motion to Modify Confirmed Plan* after notice and opportunity for hearing, and the Court being fully advised in the premises does hereby find that no response has been timely filed.

IT IS THEREFORE ORDERED AND ADJUDGED that *Trustee's Motion to Modify Confirmed Plan*, which was served on or about the 20th day of May 2015, is well taken and is hereby sustained.

IT IS FURTHER ORDERED that the plan shall be and is hereby modified to pay timely filed and allowed general unsecured claims in full.

##END OF ORDER##

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com