# Susan C. Smith
Attorney At Law
819 Main Street •Annex Building • Suite B • Greenville MS 38701

| | | |
|---|---|---|
| Mailing Address P.O. Box 1251 | Phone | 662-378-2558 |
| Greenville, MS 38702 | Fax | 662-378-2543 |

October 27, 2015

Grant S. Langley, City Attorney
200 East Wells St. Room 800
Milwaukee, WI 53202

Re: Violation of Section 362 of the United States Bankruptcy Code
Ronald and Carolyn Stewart: Bankruptcy Case Number 14-14123

Dear Mr. Langley:

Enclosed please find a copy of my fax log, as well as a letter mailed directly to The City of Milwaukee-Department of Neighborhood Services Special Enforcement. By Quit Claim Deed, Ronald and Carolyn Stewart sold the property with the common address of a 915-917 W. Chamber St., Milwaukee, WI 53206-3233. I have also enclosed a copy of the Quit Claim Deed.

The last known addresses of the purchasers Bobby Bond and Rashell Gladney are as follows:

| | |
|---|---|
| Mr. Bobby Bond | Rashell Gladney of Realty Dynamics |
| 5810 N. 41st St. | 101265 W. North Ave. |
| Milwaukee, WI 53209 | Wauwatosa, WI 53226 |
| | Cell 414-349-7405 |
| | Business 414-771-3500 |

The problem appears to be that neither Mr. Bond nor Rashell Gladney filed the Quit Claim Deed. Both my clients and I have tried to cooperate with the City of Milwaukee. However, Mr. and Mrs. Stewart are still receiving notices with regard to the aforementioned property. This is a direct violation of the Section 362 (5) United States Bankruptcy Code known as the automatic stay; "any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title."

Please take whatever actions are necessary against Mr. Bond or Rashell Gladney to clear up this matter. More importantly, please take all measures to cease and desist from the City's further contact with Mr. and Mrs. Stewart. Thank you in advance for your prompt attention to these needs.

Sincerely,

*[signature]*

Susan C. Smith
scs:as


CC:   United States Bankruptcy Court for the Northern District of Mississippi
      Ronald and Carolyn Stewart
      Bobby Bond
      Rashell Gladney

**HP Officejet Pro 8620 Series**

Fax Log for
Susan C Smith Atty at Law
6623782543
Mar 19 2015 10:51AM

*Milwaukee - Dept of Neighborhood Notice of case filing & letter from Atty. dated 3.18.15*

**Last Transaction**

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Mar 19 | 10:49AM | Fax Sent | 14142860830 | 2:04 N/A | 5 | OK |

**Susan C. Smith**
**Attorney At Law**
819 Main Street ○ Annex Building ○ Suite B ○ Greenville, MS 38701
1633 Main Street, Southaven, MS 38671

| | |
|---|---|
| Mailing Address P.O. Box 1251 | Phone 1-662-378-2558 |
| Greenville, MS 38702-1251 | Fax 1-662-378-2543 |

Date: 3/19/2015

To: Kathy K., City of Milwaukee - Dept of Neighborhood Services

From: Susan C. Smith

Fax No. 1-414-286-0830

Re: Ronald + Carolyn Stewart

~~SSN:~~

### PRIVILEGED AND CONFIDENTIAL INFORMATION

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT OUR EXPENSE AND RETURN THE ORIGINAL MESSAGE TO US AT OUR EXPENSE AT THE ABOVE ADDRESS VIA U.S. POSTAGE SERVICES. THANK YOU.

MESSAGE: Thank you for your call on today, March 19, 2015. As stated, please find the Notice of Bankruptcy Case Filing for the above Reference. I have also enclosed a copy of the letter mailed on yesterday addressed to the City of Milwaukee - Department of Neighborhood Services.

Should you have any questions or concerns, please contact our office at your earliest possible convenience.

This facsimile consists of 5 pages including this cover sheet. If there are any problems encountered with the receipt of this message, please contact: Susan C. Smith at 662-378-2558.

11/19/2014

United States Bankruptcy Court
Northern District of Mississippi

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 11/04/2014 at 3:25 PM and filed on 11/04/2014.

**Ronald James Stewart**
PO Box 868
Olive Branch, MS 38654
662-892-8454
SSN / ITIN: xxx-xx-1958

**Carolyn Jean Stewart**
PO Box 868
Olive Branch, MS 38654
662-892-8454
SSN / ITIN: xxx-xx-8886



The case was filed by the debtor's attorney:

**Susan C. Smith**
P.O. Box 1251
819 Main Street Annex Building B
Greenville, MS 38702
662-378-2558

The bankruptcy trustee is:

**Locke D. Barkley**
6360 I-55 North
Suite 140
Jackson, MS 39211
601-355-6661

The case was assigned case number 14-14123-JDW to Judge Jason D. Woodard.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.msnb.uscourts.gov or at the Clerk's Office, Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

David J. Puddister
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/19/2014 14:39:13 | | | |
| PACER Login: | ████████ | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 14-14123-JDW |
| Billable Pages: | 1 | Cost: | 0.10 |

State Bar of Wisconsin Form 3-2003
**QUIT CLAIM DEED**

Document Number                                    Document Name

THIS DEED, made between <u>Ronald J. Stewart/Carolyn J. Stewart</u>

and <u>Rescue Homes, LLC</u> Bobbie Bond & Rashell Gladney ("Grantor," whether one or more),

_____ ("Grantee," whether one or more).
Grantor quit claims to Grantee the following described real estate, together with the rents, profits, fixtures and other appurtenant interests, in <u>Milwaukee</u> County, State of Wisconsin ("Property") (if more space is needed, please attach addendum):

915/917 West Chambers Street, Milwaukee, WI 53206-3233

Legal Description: Plat Page 31220 Neighborhood 2870 Johnston & Peirce's Subd No 2 Of BLKS 1,4, & 5 Johnston & Peirce's Subd & Lands In NW 1/4 Sec 17-7-22 Block 4 W 47'(lots 1 & 2)

Recording Area

Name and Return Address
Rescue Homes, LLC, P.O. Box 890874, Milw., WI 53219

Ronald & Carolyn J. Stewart, P.O. Box 868, Olive Branch, MS 38654

3121419000
Parcel Identification Number (PIN)

This <u>IS NOT</u> homestead property.
(is) (is not)

Dated August 28, 2014

Ronald J. & Carolyn J. Stewart

_____ (SEAL)    Rescue Homes LLC
Ronald J. Stewart

_____ (SEAL)    _____ (SEAL)
Carolyn J. Stewart                Bobbie Bond, Sr.

                                  _____ (SEAL)
                                  Rashell Gladney

**AUTHENTICATION**                **ACKNOWLEDGMENT**

Signature(s)_____       STATE OF WISCONSIN
                                  Milwaukee          ) ss.
authenticated on _____             COUNTY )

_____   Personally came before me on 8/28/2014
                                  the above-named Ronald J. & Carolyn Stewart,
TITLE: MEMBER STATE BAR OF WISCONSIN   Bobbie Bond & Rashell Gladney
(If not, _____   to me known to be the person(s) who executed the foregoing
authorized by Wis. Stat. § 706.06)   instrument and acknowledged the same.

THIS INSTRUMENT DRAFTED BY:       Barbara Ford
Rescue Homes, LLC                 Notary Public, State of Wisconsin
                                  My Commission (is permanent) (expires: 12/04/2016)

NOTE: THIS IS A STANDARD FORM. ANY MODIFICATIONS TO THIS FORM SHOULD BE CLEARLY IDENTIFIED.
QUIT CLAIM DEED    (Signatures may be authenticated or acknowledged. Both are not necessary.)
* Type name below signatures.    © 2003 STATE BAR OF WISCONSIN         FORM NO. 3-2003

# Susan C. Smith

Attorney At Law
819 Main Street • Annex Building • Suite B • Greenville MS 38701

| | | |
|---|---|---|
| Mailing Address P.O. Box 1251 | Phone | 662-378-2558 |
| Greenville, MS 38702 | Fax | 662-378-2543 |

March 18, 2015

City of Milwaukee-Department of Neighborhood Services
Special Enforcement
4001 S. 6th St.
Milwaukee, WI 53221

Re: 915 – 917 West Chamber St.
Ronald J. Stewart – former owner
Bankruptcy Case Number 14-14123
Serial Numbers 847-6991 & 10518121

Dear Sirs:

By this letter know and understand that I represent Ronald and Carolyn Stewart before the United States Bankruptcy Court for the Northern District of Mississippi, Case Number 14-14123.

Prior to filing the aforementioned case number with in the Northern District of Mississippi, the Debtors sold the aforementioned property to: Bobby Bond whose address is: 5810 N. 41 St., Milwaukee, Wisconsin. See copy of deed issued by the Debtors which is attached. Since the code enforcement would apply to the property itself and the remedies to the forfeiture of the aforementioned property, please contact the current owner of the property for taxes, code violations, and further communication with respect to the property.

At this time, Cease and Desist from further communication with the Debtors with regard to the property located at 915-917 West Chamber St., Milwaukee, WI 53221. Thank you in advance for your prompt attention to this matter.

Sincerely,

Susan C. Smith
scs:as


CC:   Office of the City Treasurer
      Carolyn and Ronald Stewart  a Bobby Bond Sr
Enclosure

3