**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: RONALD JAMES STEWART                                   CASE NO.: 14-14123-JDW
CAROLYN JEAN STEWART                                          CHAPTER: 13

## ENTRY OF APPEARANCE

I, Kimberly D. Mackey, appearing in the above entitled and numbered proceeding on behalf of Wells Fargo Bank, NA, hereby request that it be placed on the mailing matrix and made a part of the record of this proceeding and that she be notified of all matters relevant to this case.

> Dean Morris, LLC
> Attorneys at Law
> 2309 Oliver Road
> Monroe, Louisiana 7l201
> (3l8) 330-9020
>
> /s/ Kimberly D. Mackey
> Kimberly D. Mackey  (Bar #102418)
> Attorney For Wells Fargo Bank, NA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RONALD JAMES STEWART             CASE NO.: 14-14123-JDW
CAROLYN JEAN STEWART                    CHAPTER: 13

## CERTIFICATE OF SERVICE

I, Kimberly D. Mackey, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Susan C. Smith
Attorney at Law
smithsusanc@bellsouth.net

Locke D. Barkley
Trustee
sbeasley@barkley13.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this day June 6, 2018.

Dean Morris, LLC
2309 Oliver Road
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Mackey
Kimberly D. Mackey  (Bar #102418)
Attorney For Wells Fargo Bank, NA