**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:
CAROLYN JEAN STEWART**

**CHAPTER 13 NO: 14-14123-JDW**

8445 JUANITA DRIVE
OLIVE BRANCH, MS 38654

---

**NOTICE TO DEBTOR**

---

NOTICE is hereby given that your plan payment will change from **$1,067.00   ( MONTHLY )** to **$1,108.50   ( MONTHLY )**   effective in **05/2019.**  Your plan payment is being remitted **by your employer / direct / by automatic bank draft.**

The reason for the changes in your plan payment is:

__XX__  Due to a change in your monthly mortgage payment; 3/28/19.

_____  Due to a claim being filed for a different amount than scheduled;

_____  Due to entry of an order;

_____  Other: _____

If your **employer is withholding the plan payment from your wages,** you are responsible for remitting the difference, if any, should your employer fail to withhold the new payment.

If you are paying by **automatic bank draft,** please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying **direct,**   please be aware that the Trustee **DOES NOT**  accept personal checks. You can remit payments online through **https://tfsbillpay.com**  or mail guaranteed funds, in the form of a **cashier's check or money order**  with your **case number and last name**  in the description line, to

Locke D. Barkley
P.O. Box 1859
Memphis, TN 38101-1859

Should you have any questions concerning this, please contact your attorney.

Date:  4/8/2019

CC:   SUSAN C SMITH
      PO BOX 1251
      GREENVILLE, MS 38702

Respectfully submitted,
Locke D. Barkley

/s/  Locke D. Barkley _____
CHAPTER 13 TRUSTEE

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  4/8/2019

/s/  Locke D. Barkley

Locke D. Barkley
CHAPTER 13 TRUSTEE