### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: RONALD JAMES STEWART AND**           **BANKRUPTCY CASE NO: 14-14123**
**CAROLYN JEAN STEWART**

### OBJECTION TO CLAIM FIVE

**COMES NOW** Carolyn Jean Stewart, by and through the undersigned attorney Susan C. Smith and prays this Honorable Court will disallow the claim number five, the Claim of the City of Milwaukee and states to wit:

1. Debtors filed their Petition for bankruptcy November 4, 2014;

2. The City of Milwaukee filed claim number three through the Milwaukee City Treasurer as a municipal bill for $14,493.17 upon the property of 915-917 W. Chambers St., Milwaukee, WI 53206. On good faith and belief the City of Milwaukee was aware that this property burned in September 2013. The City of Milwaukee was advised that the property was sold to Mr. Bobby Bond in 2013. Mr. Bobby Bond's new address is believed to be 3701 Highway 19 E. Ripley, TN 38063.

3. Claim number five is a duplicate of claim number three;

4. Mr. Ronald J. Stewart died August 18, 2016

5. On or about February 2019, Carolyn Stewart received a water bill from the City of Milwaukee for a balance due of $3,438.93, and, has recently received a tax bill in direct violation of the automatic stay; and,

6. It is an extreme hardship upon the remaining Debtor to meet the obligation of her residence and her vehicle. She should not be obligated to pay such unsecured creditor since the property was sold and it was the obligation of Mr. Bobby Bond to pay the City of Milwaukee.

**WHEREFORE PREMISES CONSIDERED**, the Debtor by and through the undersigned attorney Susan C. Smith prays this Honorable Court will disallow claim number five a duplicate, the

claim of the City of Milwaukee for taxes owned upon the property and for all else deemed just and

equitable by this Honorable Court.

    This the 24th day of April 2019.

                                Carolyn J. Stewart
                                BY: /s/ Susan C. Smith
                                Susan C. Smith

Of Counsel:
/s/ Susan C. Smith
Susan C. Smith, 99776
PO Box 1251
Greenville, MS 38702
Phone 662-378-2558
Fax 662-378-2543
Email smithsusanc@bellsouth.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RONALD AND CAROLYN STWEART                    CHAPTER 13
DEBTOR(S)                                            CASE NO. 14-14123

## NOTICE OF OBJECTION TO CLAIM

YOU ARE HEREBY NOTIFIED that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Northern District of Mississippi
703 Hwy 145 North
Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: April 24, 2019

CHAPTER 13 STANDING TRUSTEE:          /s/ Susan C. Smith
Locke D. Barkley                      ATTORNEY FOR DEBTOR(S)
6360 I-55 N., Suite 140               Susan C. Smith
Jackson, MS 39211                     PO Box 1251
                                      Greenville, MS 38702
                                      662.378.2558

**CERTIFICATE OF SERVICE**

I, Susan C. Smith, Attorney for Carolyn Stewart, do hereby certify that I have this day electronically filed or mailed by U. S. Mail, postage prepaid, a true and correct copy of the Debtor's Objection to Claim Number Five and Notice of Objection to Claim to the following at their last known address:

**BY ELECTRONIC FILING:**

US Trustee

Chapter 13 Trustee

**US MAIL:**

Carolyn J. Stewart
8445 Juanita Dr.
Olive Branch, MS 38654

City of Milwaukee, Attorney Kevin Sullivan
Agent for the City of Milwaukee
841 N. Broadway Room 1018
Milwaukee, WI 53202

City Treasurer
City of Milwaukee
200 E. Wells St., Room 103
Milwaukee, WI 53202

This the 24th day of April 2019.

/s/ Susan C. Smith
Susan C. Smith