## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: RONALD JAMES STEWART AND            BANKRUPTCY CASE NO: 14-14123-JDW
CAROLYN JEAN STEWART

### MOTION TO MODIFY CONFIRMED PLAN

**COMES NOW,** Carolyn Jean Stewart, by and through the undersigned attorney Susan C. Smith and prays this Honorable Court will Modify the Confirmed Plan due to hardship, and allow the Plan to be completed as early as possible Debtor states to wit:

1. Debtors filed their petition for bankruptcy November 4, 2014;

2. Mr. Ronald J. Stewart died August 18, 2016 and the Debtor has been struggling to make her payments but taxes and insurance keep rising ;

3. Through order of this court dated June 24, 2015, the Debtors were asked to pay an additional amount to pay all general unsecured claims in full.  The remaining Debtor no longer has all the resources the Joint Debtors possessed at the time of filing or upon June 24, 2015. It is an extreme hardship upon the remaining Debtor; and,

4. Creditors have received more than they would have through a Chapter 7 liquidation.

**WHEREFORE PREMISES CONSIDERED**, the Debtor by and through the undersigned attorney Susan C. Smith prays this Honorable Court will order all payments to the unsecured creditors to cease and allow the Debtor to complete her modified plan and for all else deemed just and equitable by this Honorable Court.

This the 26th day of April 2019.

                                                             Carolyn J Stewart
                                                             BY: /s/ Susan C. Smith
                                                             Susan C. Smith

Of Counsel:
/s/ Susan C. Smith
Susan C. Smith, 99776
PO Box 1251
Greenville, MS 38702
Phone 662-378-2558
Fax 662-378-2543
Email smithsusanc@bellsouth.net

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: RONALD JAMES STEWART AND        BANKRUPTCY CASE NO: 14-14123-JDW
CAROLYN JEAN STEWART

**NOTICE OF MOTION TO MODIFY CONFIRMED PLAN**

**YOU ARE HEREBY NOTIFIED** that you have thirty (30) to file a written objection to the attached Motion to Modify Confirmed Plan. Said objection must be filed with the Clerk of this Court at the following address.

Clerk, U. S. Bankruptcy Court
Northern District of Mississippi
703 Highway 145 North
Aberdeen, Mississippi 39730

A copy of said objection must be served on the undersigned Debtor(s) attorney and the Chapter 13 Trustee on or before May 28, 2019, and the Court will notify you of the date, time and place of the hearing thereon. If no objections are filed timely, the Motion to Modify Confirmed Plan shall be deemed valid.

**CERTIFICATE OF SERVICE**

I, Susan C. Smith, attorney for the Debtor, do hereby certify that I have this day electronically filed or mailed by U. S. Mail, postage prepaid, a true and correct copy of the Motion and Notice of Motion to Modify Confirmed Plan to the following at their last known address:

**BY ELECTRONIC FILING:**
U. S. Trustee
Locke D. Barkley Chapter 13 Trustee
Kimberly D. Mackey on behalf of Creditor Wells Fargo Bank, NA

**BY U. S. MAIL:**

Carolyn J. Stewart
8445 Juanita Dr.
Olive Branch, MS 38654-8072


And attached list of creditors

THIS the 26th day of April, 2019.

/s/Susan C. Smith
SUSAN C. SMITH, MSBN 99776
POB 1251
Greenville, Mississippi 38702-1251
662-378-2558
smithsusanc@bellsouth.net

| | | |
|---|---|---|
| AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | AmeriCredit Financial Services, Inc.<br>dba GM<br>PO Box 183853<br>Arlington, TX 76096 | AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 |
| Aurora Financial Group<br>9 Eves Drive, Suite 190<br>Marlton, NJ 08053-8114 | Audit Systems Incorporated<br>3696 Ulmerton Road, Suite 200<br>Clearwater, FL 33762-4237 | *Citi Bank/Sears Card<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 |
| *CACH, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | *Capital Management Services, L<br>PO Box 120<br>Buffalo, NY 14220-0120 | *City of Milwaukee-Milwaukee Water Works<br>841 N. Broadway Room 406<br>Milwaukee, WI 53202 |
| *City of Milwaukee<br>City Treasurer, City Hall<br>200 E. Wells St., Room 103<br>Milwaukee, WI 53202-3546 | *City of Milwaukee Neighborhood Services<br>4001 S. 6th St.<br>Milwaukee, WI 53221-1704 | *GE Money Bank/Belk<br>Attn: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30079-9104 |
| *City of Milwaukee-Milwaukee Water Works<br>City Treasurer, City Hall<br>200 E. Wells St., #800<br>Milwaukee, WI 53202-3546 | Financial Recovery Services<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | *HSBC Bank/Menards<br>Attn: Bankruptcy Department<br>PO Box 5213<br>Carol Stream, IL 60197-5213 |
| *GE Financial<br>Attn: Bankruptcy Department<br>PO Box 183853<br>Arlington, TX 76096-3853 | *HSBC Bank<br>Attn: Bankruptcy Department<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | Northland Group, Inc.<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Harris and Harris LTD<br>111 West Jackson Blvd<br>Chicago, IL 60604-4135 | *Kenwood Law Group<br>5050 Palo Verde St. Suite 116<br>Montclair, CA 91763-2333 | Recovery Management Systems Corporation<br>25 S.E. 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 |
| *PNC Mortgage<br>PO Box 6534<br>Carol Stream, IL 60197-6534 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Seterus, Inc<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 |
| *Sears MasterCard<br>PO Box 183082<br>Columbus, OH 43218-3082 | Selene Finance<br>PO Box 422039<br>Houston, TX 77242-4239 | The Home Depot/CBSD<br>Legal Dept.<br>PO Box 6034<br>Sioux Falls, SD 57117-6034 |
| Carolyn Jean Stewart<br>8445 Juanita Drive<br>Olive Branch, MS 38654-8072 | Attorney Kevin Sullivan<br>Agent for the City of Milwaukee<br>841 N. Broadway Room 1018<br>Milwaukee, WI 53202 | *U.S. Bank National Association<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 |

\*US Bank NA
14841 Dallas Pkwy # 300
Dallas, TX 75254-7883

\*U.S. Bank Home Mortgage
4801 Federica Street
Owensboro, Kentucky 42301-7441

\*U.S. Bank Home Mortgage
Bankruptcy Department
PO Box 21948
Saint Paul, MN 55121-0948

Wells Fargo Bank, NA
Default Document Processing,
N9286-01Y
1000 Blue Gentian Rd.
Eagan, MN 55121-7700

\*We Energies
231 W. Michigan St.
Milwaukee, WI 53203-2918

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC# D3347-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

Wells Fargo Bank, NA
1000 Blue Gentian Rd.
Eagan, MN 55121-7700

Wells Fargo Bank, N.A.
MAC x7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

CSC of Rankin County, Inc.- Registered Agent for Americredit Financial Services, Inc. dba GM Financial
Mirror Lake Plaza
2829 Lakeland Drive Suite 1502
Flowood, MS 39232

Registered Agents, Inc- Registered Agent for Aurora Financial Group
270 Trace Colony Park STE B
Ridgeland, MS 39157

Registered Agent Solutions, Inc- Registered Agent for Audit Systems Inc.
12435 Plunkett Road
Gulfport, MS 39503

C T Corporation System- Registered Agent for Financial Recovery Services
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

Corporation Service Company- Registered Agent for Harris and Harris LTD
7716 Old Canton Rd, Suite C
Madison, MS 39110

C T Corporation System- Registered Agent for Northland Group, Inc.
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

Corporation Service Company- Registered Agent for Portfolio Recovery Associates, LLC
7716 Old Canton Rd, Suite C
Madison, MS 39110

C T Corporation System- Registered Agent for Selene Finance
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

Corporation Service Company- Registered Agent for The Home Depot/CBSD
7716 Old Canton Rd, Suite C
Madison, MS 39110

Corporation Service Company- Registered Agent for Wells Fargo Bank, N.A.
7716 Old Canton Rd, Suite C
Madison, MS 39110

C T Corporation System- Registered Agent for Seterus, Inc
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

\* Does not have Registered Agent